1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

FILED

MAR 0 3 2009

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| UNITED STATES OF AMERICA, | ) Case No. 08CR3847-GT |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER CONTINUING SENTENCING HEARING** |
| FRANCISCO MANZANAREZ-SALVADOR, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING AND PREVIOUS MOTION HAVING BEEN MADE, IT IS HEREBY ORDERED that the Sentencing Hearing currently scheduled for Tuesday, March 3, 2009 at 9:00 a.m. be continued to Thursday, March 5, 2009 at 9:00 a.m.

SO ORDERED.

Date: 3-2-09

_____
HONORABLE GORDON THOMPSON, JR.
UNITED STATES DISTRICT JUDGE